| | | |
|---|---|---|
| PHYLLIS HAMPTON, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>Tcgplayer, Inc.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **United States District Court**<br>**Northern District of Illinois**<br><br><br>Case No.: 1:25-cv-7874<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: December 12, 2025

| | |
|---|---|
| **/s/ Alison Chan**<br>By: Alison Chan, Esq.<br>EQUAL ACCESS LAW GROUP, PLLC<br>68-29 Main Street,<br>Flushing, NY 11367<br>O: (844) 731-3343<br>C: (630)-478-0856<br>Email: achan@ealg.law<br>*Attorneys for Plaintiff* | **/s/ Brett Doran**<br>By: Brett Michael Doran<br>Greenberg Traurig, LLP<br>360 North Green Street Suite 1300<br>Chicago, IL 60607<br>T: (312) 456-8400<br>Email: doranb@gtlaw.com<br>*Attorneys for Defendant* |